# United States Court of Appeals
## For the First Circuit

Nos. 16-1682, 16-1703

UNITED STATES OF AMERICA,

Appellee,

v.

R. DAVID COHEN,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on April 6, 2018, is amended as follows:

On the coversheet, "James B. Kransoo" is replaced with "James B. Krasnoo".

On page 4, line 23, "months" is replaced with "months of".

On page 5, line 4, "months" is replaced with "months of".